**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| REX S. GUNTHER, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:25-CV-01634 CDP |
| | ) | |
| MEGAN BRAKEFIELD, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

### MEMORANDUM AND ORDER

This matter is before the Court upon review of self-represented Plaintiff Rex Gunther's correspondence received by this Court on October 27, 2025 (*see* ECF No. 1), which the Court construes as a civil rights Complaint under 42 U.S.C. § 1983. The Complaint is defective because it has not been drafted on a Court-provided form. *See* E.D. Mo. L.R. 2.06(A) ("All actions brought by self-represented plaintiffs or petitioners should be filed on Court-provided forms"). Plaintiff will be required to amend his Complaint on the Court-form within twenty-one (21) days of the date of this Memorandum and Order.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail Plaintiff a copy of the Court's Prisoner Civil Rights Complaint form.

**IT IS FURTHER ORDERED** that Plaintiff must file an Amended Complaint on the Court-provided form within twenty-one (21) days of the date of this Order.

**IT IS FURTHER ORDERED** if Plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice and without further notice to Plaintiff.

Dated this 5th day of November, 2025.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE