**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| REX S. GUNTHER, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:25-CV-01634 CDP |
| MEGAN BRAKEFIELD, | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court upon Plaintiff Rex Gunther's motion for extension of time to submit his amended complaint on a Court-provided form. [ECF No. 3]. For good cause shown the Court will provide Plaintiff an additional fourteen (14) days to submit his amended pleading. Plaintiff's amended complaint will be due to the Court **no later than December 10, 2025**.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion for extension of time to submit his amended complaint on a Court-provided form [ECF No. 3] is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff must file an Amended Complaint on the Court-provided form **no later than December 10, 2025**.

**IT IS FURTHER ORDERED** if Plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice and without further notice to Plaintiff.

Dated this 1st day of December, 2025.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE